**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: 2026 CYCLOSPORIASIS OUTBREAK LITIGATION | **MDL No.** |

**MOTION TO TRANSFER AND CENTRALIZE RELATED ACTIONS
FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS**

Plaintiffs VICTOR GRANADOS and KAIT GELBSPAN ("Movant") respectfully moves, pursuant to 28 U.S.C. § 1407, for an order transferring and centralizing all currently related actions that allege either consumer protection violations or personal injury claims against Defendants TAYLOR FRESH FOODS, INC. ("Taylor Farms"), TACO BELL CORP. and TACO BELL OF AMERICA, LLC (collectively, "Taco Bell"), PACIFIC BELLS, LLC, and JOHN DOE CORPORATIONS 1-5 to the Northern District of California. In support of this motion, Movant states:

1. To date, at least 3 complaints, including a consumer protection class action and two individual cases for damages, have been filed arising out of the same allegations: that, throughout the United States, Taylor Farms sold lettuce, leafy greens, and other vegetable products into commerce which were contaminated with Cyclosporiasis. As set forth in the accompanying schedule of Related Actions (the "Schedule of Related Actions"), one action is pending in the Northern District of California, one action is pending in the Northern District of Ohio, and one action is pending in the Eastern District of Michigan. *See Ayyad v. Pacific Bells, LLC, et al.*, Case No. 1:26-cv-01648 (N.D. Oh. July 16, 2026); *Gelbspan, et al. v. Taylor Fresh Foods, Inc.*, Case No. 7:26-cv-07346 (N.D. Cal. July 16, 2026); *Parrish, et al. v. Taco Bell Corp., et al.*, Case No. 2:26-cv-12448-MFL-KGA (E.D. Mi. July 17, 2026) (the "Related Actions").

2.      Transfer and centralization of the Related Actions will further the goals of 28 U.S.C. § 1407 by conserving judicial and litigant resources, reducing costs and preventing inconsistent pretrial rulings.

3.      The Related Actions are in a similar procedural posture: all are still in their early stages, no responsive pleadings or dispositive motions have been filed and no discovery has been conducted.  Centralization will therefore allow a single judge to efficiently resolve common legal and factual issues and streamline discovery.

4.      The Northern District of California offers a convenient location for the litigants and witnesses, including Taylor Farms, which is the provider of lettuce and other vegetable products which are cause of the Cyclosporiasis outbreak according to the Centers for Disease Control and Taco Bell, the main seller of Taylor Farms' products which have caused Cyclosporiasis so far identified by the CDC, which are both located in California.  Additionally, Plaintiff Gelbspan from the *Gelbspan* Related Case is located in California as well.

5.      This Motion is based on the accompanying Memorandum of Law and Schedule of Related Actions that have been filed concurrently with this motion.

WHEREFORE, Movants respectfully request that the Panel order that the Related Actions, as well as any case that may be subsequently filed asserting related or similar claims, be transferred to the Northern District of California, or, alternatively, , for consolidated pretrial proceedings.

DATED: July 17, 2026

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Blake Hunter Yagman
   YAGMAN PLLC
626 RexCorp Plaza, Suite 605
Uniondale, New York 11556

Tel.: (929) 709-1493
Email:  *blake.yagman@yagmanpllc.com*