**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**PENDING NO. 30 - IN RE: 2026 MULTISTATE CYLCOSPORIASIS
OUTBREAK LITIGATION**                                    Docket No. **1**

**MAJOR DEFICIENCY LIST**
**(Counsel Notification of Deficiency Required)**

The following deficiencies are considered MAJOR and must be corrected by the filing party
within the allotted time or an Order Striking Pleading may be issued by the Clerk of the Panel.

Correction Required: 24 hours from date of Notice

| | |
|---|---|
| x | Incomplete Signature Page/Attorney Information/Represented Party (Rule 3.2(ii)) |
| x | CM/ECF Practice/Proof of Service Incomplete/or Parties Not Serviced (Rule 4.1(a)) |
| x | CM/ECF Practice/Attachment Not Included – Docket Sheets Missing/Schedule of Actions |

Please use the Amended and Corrected Motions to Transfer (Motion to Transfer Corrected).
Contact the clerk's office at 202-502-2800 if you have any questions regarding this notice.

***Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: 7/24/26**

**Date of Notice: 7/23/26**

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel